IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WESLEY E. GRISSOM**                                                                                      **PETITIONER**
**ADC #110265**

**VS.**                                   **NO. 5:11CV00173-SWW-BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                        **RESPONDENT**

## ORDER

Petitioner Wesley E. Grissom has moved to voluntarily dismiss his petition for a writ of habeas corpus (docket entry #7) in order to fully exhaust his state remedies. For good cause shown, the motion is GRANTED. Mr. Grissom's claims are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED this 28th day of July, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE